**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Misayel DICOCHEA**<br>DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-01625MJ** |

Complaint for violation of Title 18, United States Code § 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about March 23, 2023, at or near Tucson, in the District of Arizona, **Misayel DICOCHEA** knowingly made a false statement and representation to Disruptive Tactical Retail, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Disruptive Tactical Retail; in that **Misayel DICOCHEA**, in connection with the purchase of a firearm, that is, one Century Arms International model VSKA-47, 7.62x39 caliber rifle bearing serial number SV7104368, stated that his current address was 633 W Nebraska St., Tucson, AZ 85706, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 23, 2023, **Misayel DICOCHEA** purchased one Century Arms International model VSKA-47, 7.62x39mm caliber rifle bearing serial number SV7104368 from Disruptive Tactical Retail, a federally licensed firearms dealer in Tucson, Arizona. In completing ATF Form 4473, required to be kept in the records of Disruptive Tactical Retail in connection with the purchase of the firearm, **DICOCHEA** stated that his current address was 633 W Nebraska St., Tucson, AZ 85706. **DICOCHEA** also signed the form, certifying all the information he provided therein was true, correct, and complete.

On March 23, 2023, ATF special agents responded to 633 W Nebraska St., Tucson, AZ 85706 and spoke with the resident of the address, a relative of **DICOCHEA**, who advised **DICOCHEA** had not lived at that address in more than one (1) year.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Hannah E. Fox  *Digitally signed by Hannah E. Fox Date: 2023.03.29 09:46:38 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA R. Arellano ___*Raquel Arellano  Digitally signed by RAQUEL ARELLANO  Date: 2023.03.29 09:31:11 -07'00'*___ | OFFICIAL TITLE<br>ATF SA Hannah Fox |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 29, 2023 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1    Copy to USMS, AUSA