GARY M. RESTAINO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAR -6 PM 2:25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 23-01120-TUC-JGZ (BGM) |
|---|---|
| Plaintiff, | |
| vs. | **S U P E R S E D I N G** |
| | **I N D I C T M E N T** |
| 1. Misayel Dicochea, Counts 1 –69 | Violations: 18 U.S.C. § 924(a)(1)(A) (Making a False Statement in Connection With Acquisition of Firearms) Counts 1-27 |
| 2. Omar Urquijo, Counts 66 –68 | |
| Defendants. | 18 U.S.C. §§ 922(a)(6) & 924(a)(8) (Making a False Statement in Connection with Acquisition of a Firearm) Counts 28-68 |
| | 18 U.S.C. § 2(a) (Aiding and Abetting the Commission of an Offense) Counts 28-68 |
| | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (Engaging in the Business of Dealing Firearms without a License) Count 69 |
| | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNTS 1-27

On or about the dates listed below, in the District of Arizona, the Defendant MISAYEL DICOCHEA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on West Nebraska Street, Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address;

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 05/07/2022 | Liberty Pawn Shop, Inc. | Springfield, model XDM-9, 9mm pistol |
| 2 | 06/03/2022 | Turner's Outdoorsman | Glock, model 19 GEN5, 9mm pistol |
| 3 | 06/15/2022 | Liberty Pawn Shop, Inc. | Pioneer Arms Corp, model Hellpup, 7.62x39mm pistol |
| 4 | 10/07/2022 | SNG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm pistol |
| 5 | 10/28/2022 | The Hub | Glock, model 23, 40 caliber pistol |
| 6 | 11/18/2022 | Turner's Outdoorsman | Masterpiece Arms, model MPA Defender, 9mm pistol |
| 7 | 11/19/2022 | Liberty Pawn Shop, Inc. | Spike Tactical, model ST15, 5.56 caliber pistol |
| 8 | 11/26/2022 | Liberty Pawn Shop, Inc. | Glock, model 17 GEN5, 9mm pistol |
| 9 | 12/04/2022 | Turner's Outdoorsman | Glock, model 43X, 9mm pistol |

| | | | |
|---|---|---|---|
| 10 | 12/23/2022 | Liberty Pawn Shop, Inc. | Glock, model 19X, 9mm pistol |
| 11 | 12/24/2022 | Turner's Outdoorsman | Glock, model 26 GEN5, 9mm pistol |
| 12 | 02/03/2023 | Liberty Pawn Shop, Inc. | Glock, model 19 GEN5, 9mm pistol |
| 13 | 02/08/2023 | SNG Tactical, LLC | Century Arms International, model Mini Draco, 7.62x39mm pistol |
| 14 | 02/08/2023 | SNG Tactical, LLC | Century Arms International, model WASR-10, 7.62x39mm rifle |
| 15 | 02/09/2023 | SNG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm rifle |
| 16 | 02/13/2023 | Liberty Pawn Shop, Inc. | Glock, model 22 GEN5, .40 caliber pistol |
| 17 | 02/18/2023 | SHOOT EM UP | Diamondback Arms, Inc., model DB9, 9mm pistol |
| 18 | 02/18/2023 | SHOOT EM UP | Century Arms International, model VSKA, 7.62x39mm pistol |
| 19 | 02/18/2023 | SHOOT EM UP | American Tactical Imports-AT1, model OMNI HYBRID, 5.56 caliber pistol |
| 20 | 02/20/2023 | Turner's Outdoorsman | Century Arms International, model Micro Draco, 7.62x39mm pistol |
| 21 | 02/21/2023 | Turner's Outdoorsman | Glock, model 23 GEN5, 9mm pistol |
| 22 | 02/22/2023 | The Hub | Glock, model 19 GEN5, 9mm pistol |
| 23 | 02/23/2023 | SNG Tactical, LLC | Zastava, model ZPAP92, 7.62x39mm pistol |
| 24 | 02/27/2023 | SNG Tactical, LLC | Romarm/Cugir, model Draco, 7.62x39mm pistol |

| 25 | 03/14/2023 | Turner's Outdoorsman | Glock, model 19 GEN5, 9mm pistol |
|---|---|---|---|
| 26 | 03/23/2023 | Disruptive Tactical | Century Arms International, model VSKA, 7.62x39mm rifle |
| 27 | 03/23/2023 | SNG Tactical, LLC | RILEY DEFENSE INC., model RAK47, 7.62x39mm rifle |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 28-65

On or about the dates listed below, in the District of Arizona, the Defendant MISAYEL DICOCHEA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that was the actual transferee/buyer of the firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, he acquired them on behalf of another person.

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 28 | 07/30/2020 | Diamondback Shooting | Glock, model 17 GEN5, 9mm pistol |
| 29 | 12/24/2020 | Turner's Outdoorsman | Glock, model 19, 9mm pistol |
| 30 | 01/14/2021 | Liberty Pawn Shop, Inc. | Glock, model 43, 9mm pistol |
| 31 | 01/19/2021 | Turner's Outdoorsman | Ruger, model EC9S, 9mm pistol |
| 32 | 01/26/2021 | Liberty Pawn Shop, Inc. | Glock, model 19, 9mm pistol |

| | | | |
|---|---|---|---|
| 33 | 02/11/2021 | Turner's Outdoorsman | Glock, model 26 GEN5, 9mm pistol |
| 34 | 02/17/2021 | Liberty Pawn Shop, Inc. | Glock, model 43, 9mm pistol |
| 35 | 02/19/2021 | Liberty Pawn Shop, Inc. | Glock, model 20, 10mm pistol |
| 36 | 02/19/2021 | The Hub | Springfield, model XDS, .45 caliber pistol |
| 37 | 02/24/2021 | The Hub | Glock, model G39, .45 caliber pistol |
| 38 | 02/26/2021 | The Hub | Smith & Wesson, model M&P 2.0, 9mm pistol |
| 39 | 08/16/2021 | Liberty Pawn Shop, Inc. | Mossberg, model 715P, .22LR caliber pistol |
| 40 | 09/10/2021 | Liberty Pawn Shop, Inc. | Glock, model 22 GEN4, .40 caliber pistol |
| 41 | 03/17/2022 | Liberty Pawn Shop, Inc. | Sig Sauer, model SIGM400, 5.56 caliber pistol |
| 42 | 05/07/2022 | Liberty Pawn Shop, Inc. | Springfield, model XDM-9, 9mm pistol |
| 43 | 06/03/2022 | Turner's Outdoorsman | Glock, model 19 GEN5, 9mm pistol |
| 44 | 06/15/2022 | Liberty Pawn Shop, Inc. | Pioneer Arms Corp, model Hellpup, 7.62x39mm pistol |
| 45 | 10/07/2022 | SNG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm pistol |
| 46 | 10/28/2022 | The Hub | Glock, model 23, .40 caliber pistol |
| 47 | 11/18/2022 | Turner's Outdoorsman | Masterpiece Arms, model MPA Defender, 9mm pistol |

| | | | |
|---|---|---|---|
| 48 | 11/19/2022 | Liberty Pawn Shop, Inc. | Spike Tactical, model ST15, 5.56 caliber pistol |
| 49 | 11/26/2022 | Liberty Pawn Shop, Inc. | Glock, model 17 GEN5, 9mm pistol |
| 50 | 12/04/2022 | Turner's Outdoorsman | Glock, model 43X, 9mm pistol |
| 51 | 12/23/2022 | Liberty Pawn Shop, Inc. | Glock, model 19X, 9mm pistol |
| 52 | 12/24/2022 | Turner's Outdoorsman | Glock, model 26 GEN5, 9mm pistol |
| 53 | 02/03/2023 | Liberty Pawn Shop, Inc. | Glock, model 19 GEN5, 9mm pistol |
| 54 | 02/08/2023 | SNG Tactical, LLC | Century Arms International, model Mini Draco, 7.62x39mm pistol |
| 55 | 02/08/2023 | SNG Tactical, LLC | Century Arms International, model WASR-10, 7.62x39mm rifle |
| 56 | 02/09/2023 | SNG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm rifle |
| 57 | 02/13/2023 | Liberty Pawn Shop, Inc. | Glock, model 22 Gen 5, .40 caliber pistol |
| 58 | 02/18/2023 | SHOOT EM UP | Diamondback Arms, Inc., model DB9, 9mm pistol |
| 59 | 02/18/2023 | SHOOT EM UP | Century Arms International, model VSKA, 7.62x39mm pistol |
| 60 | 02/18/2023 | SHOOT EM UP | American Tactical Imports-ATI, model OMNI HYBRID, 5.56 caliber pistol |
| 61 | 02/22/2023 | The Hub | Glock, model 19 GEN5, 9mm pistol |
| 62 | 02/27/2023 | SNG Tactical, LLC | Romarm/Cugir model Draco, 7.62x39mm pistol |

| 63 | 03/14/2023 | Turner's Outdoorsman | Glock, model 19 GEN5, 9mm pistol |
|---|---|---|---|
| 64 | 03/23/2023 | Disruptive Tactical | Century Arms International, model VSKA, 7.62x39mm rifle |
| 65 | 03/23/2023 | SNG Tactical, LLC | RILEY DEFENSE INC., model RAK47, 7.62x39mm rifle |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), 924(a)(2) and (8).

## COUNTS 66-68

On or about the dates listed below, in the District of Arizona, Defendants MISAYEL DICOCHEA and OMAR URQUIJO knowingly made false statements and representations in connection with the acquisition of firearms from the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, which was intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of the firearms by the businesses listed below, in that MISAYEL DICOCHEA stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of OMAR URQUIJO; and OMAR URQUIJO, aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement;

| 66 | 02/20/2023 | Turner's Outdoorsman | Century Arms International, model Micro Draco, 7.62x39mm pistol |
|---|---|---|---|
| 67 | 02/21/2023 | Turner's Outdoorsman | Glock, model 23 GEN5, .40 caliber pistol |
| 68 | 02/23/2023 | SNG Tactical, LLC | Zastava, model ZPAP92, 7.62x39mm pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 69

Between on or about July 30, 2020, and on or about March 23, 2023, in the District of Arizona, Defendant MISAYEL DICOCHEA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 69 of the Superseding Indictment, the defendants, MISAYEL DICOCHEA and OMAR URQUIJO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| # | Firearms | Serial Number |
|---|---|---|
| 1 | Glock, model 43, 9mm pistol | AFAZ102 |
| 2 | Ruger, model EC9S, 9mm pistol | 458-28875 |
| 3 | Glock, model 19, 9mm pistol | BPWF623 |
| 4 | Smith and Wesson, M&P 2.0, 9mm pistol | NJH9334 |
| 5 | Mossberg, model 715P, .22LR caliber pistol | EVC4607526 |
| 6 | Glock, model 22 GEN4, .40 caliber pistol | UFB674 |
| 7 | Sig Sauer, model SIGM400, 5.56 caliber pistol | 20L106189 |
| 8 | Springfield Armory, model XDM-9, 9mm pistol | BA115202 |
| 9 | Glock, model 19 GEN5, 9mm pistol | BWYT364 |
| 10 | Pioneer Arms Corp, model Hellpup, 7.62x39mm pistol | PAC1175750 |
| 11 | Century Arms International, model VSKA, 7.62x39mm pistol | SV7P007935 |
| 12 | Glock, model 23, .40 caliber pistol | BXHN624 |
| 13 | Masterpiece Arms, model MPA Defender, 9mm pistol | FX40836 |
| 14 | Spike's Tactical, model ST15, 5.56 caliber pistol | 010599 |
| 15 | Glock, model 17 GEN5, 9mm pistol | BYLP670 |
| 16 | Glock, model 43X, 9mm pistol | BXKC672 |

| 17 | Glock, model 19X, 9mm pistol | BXZE485 |
|----|------------------------------|---------|
| 18 | Glock, model 19 GEN5, 9mm pistol | BZNB981 |
| 19 | Century Arms International, model Mini Draco, 7.62x39mm pistol | 22PG-8153 |
| 20 | Century Arms International, model WASR-10, 7.62x39mm rifle | 22B1-00823 |
| 21 | Century Arms International, model VSKA, 7.62x39mm pistol | SV7136617 |
| 22 | Glock, model 22 GEN5, .40 caliber pistol | BUCT848 |
| 23 | Diamondback Arms, Inc., model DB9, 9mm pistol | YN0283 |
| 24 | Century Arms International, model VSKA, 7.62x39mm pistol | SV7P008628 |
| 25 | American Tactical Imports-AT1, model OMNI HYBRID, 5.56 caliber pistol | N5360319 |
| 26 | Century Arms International, Micro Draco, 7.62x39mm pistol | 22PMD-37273 |
| 27 | Zastava, model ZPAP92, 7.62x39mm pistol | Z92-110670 |
| 28 | ROMARM/CUGIR, model MICRO DRACO, 7.62x39mm pistol | 22DG-8429 |
| 29 | Glock, model 19 GEN5, 9mm pistol | BXRD585 |
| 30 | Riley Defense Inc., model RAK 47, 7.62x39mm rifle | B 54327 |
| 31 | Century Arms, model VSKA, 7.62x39mm rifle | SV7104368 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 6, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
RAQUEL ARELLANO
Assistant U.S. Attorney