TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7358
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Misayel Amore Dicochea,<br><br>Defendant. | CR 23-01120-TUC-AMM<br><br>Government's Sentencing Memorandum<br><br>SE: January 6, 2026 |

Now comes the United States of America, by and through its undersigned attorneys, and hereby respectfully submits this Sentencing Memorandum for this Court's consideration at the time of Mr. Dicochea's sentencing. Defendant pleaded guilty on October 16, 2025, to Count 68 of a 69-Count Superseding Indictment charging Aiding and Abetting Making a False Statement in Connection with Acquisition of a Firearm and Count 69 charging Engaging in the Business of Dealing Firearms without a License. Sentencing is scheduled for January 6, 2026, before United States District Judge Angela M. Martinez. The government believes that a sentence of 30 months' imprisonment adequately addresses the seriousness of the offenses.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      FACTS AND PROCEDURAL HISTORY**

As noted in the Offense Conduct of the Presentence Investigation Report (Doc. 118), the defendant engaged in purchasing and selling firearms from June 30, 2020, until

March 23, 2023. Defendant admitted straw purchasing and engaging in the business of dealing in firearms, that is, buying and selling numerous firearms, approximately 41 firearms. He did not have a license to do so. In March 2023, ATF agents were alerted to two attempted firearm purchases by the defendant and an individual E. B. which were attempted on March 1, 2023. The purchases did not go through because the firearms dealer refused to sell to the defendant and then when E. B. arrived to purchase the same firearm, the firearms dealer

noticed that E. B. arrived in the same vehicle that the defendant had arrived in earlier in the day. An ATF investigation commenced concerning the defendant. Agents learned of numerous firearms purchases the defendant had made since June, 2020.

ATF agents obtained a search warrant to search the defendant's Facebook account and discovered messages the defendant exchanged with others, including an individual named Damian Enriquez. Mr. Enriquez was subsequently charged in a separate indictment (CR 24-2537-TUC-RCC) with illegally purchasing firearms, as well. He has pled guilty and was sentenced by the Honorable Senior District Judge Raner Collins to twelve months and one day in prison.

ATF agents reviewed the Facebook accounts of Mr. Enriquez and the defendant and found conversations they exchanged about purchasing and selling firearms. There were conversations between the defendant and Co-defendant Omar Urquijo which revealed buying and selling firearms and straw purchasing firearms. Mr. Urquijo has pled guilty to Counts 66 and 68, Aiding and Abetting False Statement During Purchase of a Firearm and is pending sentencing on November 19, 2026.

**APPLICABLE GUIDELINE CALCULATIONS**

The government agrees with the guideline calculations in the Presentence Investigation Report. The base offense level is 12 plus 6 levels for the involvement of 25 and 99 firearms, plus 2 levels for Obstruction of Justice due to absconding from pretrial release for approximately 8 months before he was arrested, with zero levels deducted for

acceptance of responsibility. The total offense level is 20. The defendant's Criminal History Category is I, and the advisory sentencing guideline range is 33 to 41 months imprisonment. The government acknowledges the Probation Officer's recommendation of 33 months imprisonment.

## II. GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully requests that this Court sentence the defendant to a term of 30 months' imprisonment, which is slightly less than the sentencing cap under the plea agreement. The government notes that had the defendant been given 3 levels off for acceptance of responsibility (which he wasn't because he absconded for approximately 8 months while on pretrial supervision), his sentencing guideline range would have been 24 to 30 months imprisonment. The government submits that a sentence of 30 months' imprisonment appropriately reflects the severity of the offenses and is no greater than necessary to accomplish the goals of sentencing.

The defendant purchased a massive 41 firearms between 2020 and 2023 which he then resold without having a license. Some of these firearms were tied to crimes (not involving the defendant) and some were recovered in the United States and in Mexico. Many of the firearms were AR-style rifles widely known for their power and destruction. Several of the firearms he purchased were recovered in unrelated criminal activities. As the Probation Officer notes in her Justification section of the Presentence Investigation Report at the top of Page 18, there is no evidence that the defendant knowingly purchased firearms for prohibited possessors, however, the defendant's reckless disregard for the danger those weapons posed is troubling and indicative of a risk to the community. Defendant had opportunities to demonstrate to this Court that he could merit a more lenient sentence by his conduct while on pretrial release, yet he absconded for approximately 8 months before he was arrested on an outstanding warrant.

Paragraphs 14 and 15 reflect discussions between the defendant and Co-defendant Omar Urquijo about the defendant buying firearms for Urquijo.

**EFFECTS OF AK-47s**

"While the AK-47's reasonable weight, comparative lack of recoil, intermediate rounds and compact size, - a big plus for close-quarter urban warfare and other situations in which a long barrel gets in an infantryman's way – were important qualities, what makes this weapon truly special is its simplicity and durability." "How the AK-47 Became the 'Weapon of the Century'", https//www.militarytimes.com, dated December 12, 2017, *accessed 05/22/2024*.

**FIREARMS TRAFFICKING AND ITS IMPACT**

The United States Government Accountability Office produced a February 2021 report analyzing firearms trafficking into Mexico and efforts to disrupt it. "U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis" https://www.gao.gov/assets/gao-21-322.pdf, *accessed 1/16/2024*. The report discusses the United States' national security and foreign security interests at stake and the connection between firearms smuggling and drug trafficking:

Trafficking of U.S.-sourced firearms to Mexico is a U.S. national security threat, in part because it facilitates the illegal drug trade. A 2017 executive order noted that TCOs [transnational criminal organizations], including drug cartels, threaten the safety of the United States and its citizens.

\* \* \*

In Mexico, weapons smuggled from the United States often end up in the hands of TCOs or other criminals, where they can be used against law enforcement officers and civilians, according to the *2020 Southwest Border Counternarcotics Strategy*. According to a 2010 report by DOJ's Inspector General, drug traffickers in Mexico turned to the United States as a primary source of weapons in part because Mexican law severely restricts gun ownership.

\* \* \*

According to the *Southwest Border Counternarcotics Strategy*, Mexico continues to experience high rates of crime and violence due to the intense competition among TCOs to dominate lucrative smuggling corridors. Many of the TCOs that traffic drugs into the United States are also involved in the southbound flow of illicit drug proceeds and illegal weapons across the U.S. border. Throughout the United States, TCOs and subsidiary organizations,

including drug cartels, derive revenue through widespread illegal conduct. Such conduct includes acts of violence and abuse that threaten the safety of U.S. citizens and show a wanton disregard for human life, according to the 2017 executive order.

TCOs use firearms, ammunition, and explosives to protect their trafficking routes, drug processing locations, geographic drug trafficking areas, and illicit profits.

*Id.* at pp. 3-4 (internal citations omitted).

In January 2022, the *Nogales International* reported on the surge of southbound firearm seizures and their impact on Mexico:

A report from the U.S. Bureau of Alcohol, Tobacco and Firearms found that 70 percent of guns recovered in Mexico between 2014 and 2018 came from the United States. Even ATF acknowledges the number could be higher; the Mexican government's [lawsuit against U.S. firearms manufacturers] alleges it could be as high as 90 percent."

"Southbound Gun Seizures Surge at Local Ports" https://www.nogalesinternational.com/news/southbound-gun-seizures-surge-at-local-ports/article_922ce7c0-804d-11ec-9ad1-37d3f6cf865b.html, *accessed 1/16/2024*.

Mexico has seen more than 360,000 homicides since the Mexican government declared war on the Mexican cartels. "Mexico's Long War: Drugs, Crimes and the Cartels," Council on Foreign Relations, https//www.cfr.org/backgrounder/mexico-long-war-drugs-crime-and-cartels, last updated on September 7, 2022, *accessed 05/22/2024*.

AR-15s and AK-47-type firearms are cartel-preferred firearms. They have fueled the drug wars that have killed numerous law enforcement officers and even more, innocent citizens who are caught in the crossfire.

### III.    CONCLUSION

The government respectfully requests this Court sentence the defendant to a term of 30 months of imprisonment on Counts 68 and 69 to be served concurrently with dismissal of the remaining counts. The government respectfully requests an Order of Forfeiture Judgment be entered in the amount of $20,494.77 for the 31 firearms not recovered by law

enforcement. The Order may include credit for payments made by Co-defendant Urquijo may make up to $1049.99.

Respectfully submitted this 31st day of December, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


Raquel Arellano
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 31st day of December, 2025, to:

Nancy Arce, Esq.
Attorney for the defendant

Jaime Muse
Senior United States Probation Office